IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY ANN O'LEARY,** : | |
| Plaintiff : | CIVIL NO. 1:12-CV-430 |
| v. : | |
| **TODD EACHUS, Former Majority Leader of the Pennsylvania House of Representatives (Democratic), in his individual capacity only; SUSAN SCHWAB, in her individual capacity only; PATTI LEES, in her individual capacity only; and LOUISE REAVES, in her individual capacity only,** : | **JUDGE SYLVIA H. RAMBO** |
| Defendants : | |

## O R D E R

In accordance with the attached memorandum of law, **IT IS HEREBY ORDERED THAT** Defendants' Motion To Dismiss (Doc. 21) is **DENIED**. The clerk of court shall issue a notice setting deadlines for a joint case management plan and scheduling a case management conference.

                        S/Sylvia H. Rambo
                        United States District Judge

Dated: November 1, 2012.